be unfounded by the express allegation of the bill that the same directors paid in cash one-fourth of the par value of 662 of the shares of the stock of the company, obviously for a working capital.

Not only was the course pursued in the instant case sanctioned by the Idaho statute, and in accordance with the law as declared by the Supreme Court and numerous other courts, but it is a matter of common knowledge that it was the course adopted almost every day in all parts of this country. See Old Dominion Copper Co. v. Lewishown, 210 U. S. 206, 212, 28 Sup. Ct. 634, 52 L. Ed. 1025; Coit v. Gold Amalgamating Co., 119 U. S. 343, 7 Sup. Ct. 231, 30 L. Ed. 420; Northern Trust Co. v. Columbia Straw-Paper Co. (C. C.) 75 Fed. 936; Clinton M. & M. Co. v. Jamison, 256 Fed. 577, 167 C. C. A. 607; O'Dea v. Hollywood Cemetery Association et al., 154 Cal. 53, 97 Pac. 1, 6; Inland Nursery & Floral Co. v. Rice, 57 Wash. 67, 106 Pac. 499.

The judgment is affirmed.

---

### ANDERSON v. ALBERT et al.*

(Circuit Court of Appeals, Ninth Circuit. May 2, 1921.)

#### No. 3613.

Appeal from the District Court of the United States for the Southern Division of the District of Idaho; Frank S. Dietrich, Judge.

Suit by H. C. Anderson against M. F. Albert and another. From a judgment for defendants, plaintiff appeals. Affirmed.

Hawley & Hawley, James H. Hawley, Jess Hawley, O. W. Worthwine, and Sam S. Griffin, all of Boise, Idaho, and John H. Norris, of Payette, Idaho, for appellant.

Richards & Haga, of Boise, Idaho, for appellees.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

PER CURIAM. On the authority of Anderson v. Avey et al. (No. 3612) 272 Fed. 664, just decided, the judgment is affirmed.

---

### WESTINGHOUSE ELECTRIC & MFG. CO. v. FORMICA INSULATION CO.

(Circuit Court of Appeals, Sixth Circuit. May 6, 1921.)

#### No. 3510.

Patents ⊂⊃328—1,167,742, claims 3, 7, 8, and 14, and 1,167,743, claim 3, for noiseless gears, held invalid for want of invention.

The Conrad patents, No. 1,167,742, claims 3, 7, 8, and 14, and 1,167,743, claim 3, for noiseless gears, having a self-sustaining body portion composed of bakelite micarta, which differ from the prior art only by recognition of the possibility of making such gears without reinforcing metal plates or shrouds, held void for want of invention.

Appeal from the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge.

Suit by the Westinghouse Electric & Manufacturing Company